## Commonwealth *v.* Moss, Appellant.

Argued March 18, 1971. *Charles P. Mirarchi, Jr.,* with him *Mirarchi, DeFino & Coppolino,* for appellant; *Milton M. Stein,* Assistant District Attorney, with him *Steven H. Goldblatt,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District At-

torney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., absent.